UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISTINO S. DIZON, | ) | |
| Plaintiff(s), | ) | No. C 09-2370 BZ |
| v. | ) | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND GRANTING IFP APPLICATION** |
| DICK CHENEY, | ) | |
| Defendant(s). | ) | |

On May 28, 200, *pro se* plaintiff, Cristino S. Dizon ("plaintiff"), filed a complaint seeking relief for alleged civil rights violations. Plaintiff has applied to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a).

Under section 1915(e)(2), a court must dismiss a complaint filed *in forma pauperis* which, liberally construed, fails to state a claim on which relief may be granted. *See* 28 U.S.C. 1915(e)(2)(B); Marks v. Slocum, 98 F.3d 494, 495 (9th Cir. 1996) (*per curiam*); Franklin v. Murphy, 745 F.2d 1221, 1226-27 n.5 (9th Cir. 1984). Courts must liberally construe a *pro se* litigant's complaint, particularly where civil rights claims are involved. *See* Balistreri v. Pacifica Police Dep't,

1

1 | 901 F.2d 696, 699 (9th Cir. 1990).  Courts must also give a
2 | *pro se* litigant's complaint the benefit of any doubts.
3 | <u>Karim-Panahi v. Los Angeles Police Dep't</u>, 839 F.2d 621, 623
4 | (9th Cir. 1988).
5 |     Even construed liberally, plaintiff's complaint fails to
6 | state a claim upon which relief may be granted.  From the few
7 | details offered in the complaint, it appears as though
8 | plaintiff is alleging civil rights violations based on the
9 | alleged use of weapons of mass destruction in Iraq.  Plaintiff
10 | must give defendant fair notice of the grounds on which the
11 | complaint is based.  *See* <u>McKeever v. Block</u>, 932 F.2d 795, 798
12 | (9th Cir. 1991).  Plaintiff only states that he knows "what
13 | happen[ed] in Iraq."  No additional facts are provided.
14 | Because plaintiff's complaint is void of any facts that would
15 | provide defendant with a basis to understand the nature of the
16 | claim, it fails to meet the basic requirement that it state a
17 | claim for which relief can be granted.
18 |     Moreover, plaintiff does not state enough facts to show
19 | that he has standing to sue defendant.  Federal courts can
20 | only decide disputes which qualify as "cases and
21 | controversies" under Article III of the United States
22 | Constitution.  <u>Allen v. Wright</u>, 468 U.S. 737, 750 (1984).
23 | Article III requires that every litigant show that he has
24 | standing to invoke the power of the federal court.  <u>Id.</u>  A
25 | plaintiff must allege a personal injury that was caused by the
26 | defendant's alleged wrongful conduct for which he seeks
27 | relief.  <u>Id.</u> at 751.  Here, plaintiff fails to allege facts to
28 | show that he suffered any personal injury due to wrongful

conduct on the part of defendant.

Because I find that plaintiff's complaint fails to state a claim upon which relief may be granted, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's complaint is **DISMISSED** with leave to amend.  If plaintiff desires to proceed with this lawsuit, he must file an amended complaint by **June 26, 2009**.  The amended complaint should be a short, legible statement in plain English that clearly states the facts that form the basis for plaintiff's suit against defendant.  At a minimum, he should state how defendant Cheney harmed him and what he relief he seeks from him.  In amending his complaint, plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case.  This manual is available in the Clerk's Office and online at: www.cand.uscourts.gov.  If plaintiff does not amend or otherwise comply with this Order by **June 26, 2009**, this case may be dismissed.

2. Attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants.  The Court also suggests that plaintiff make an appointment with the Center to discuss this order.

3. By no later than **June 26, 2009**, plaintiff shall consent to or decline magistrate judge jurisdiction.  If he needs a new form, it is available online at: www.cand.uscourts.gov.

3. Plaintiff's application to proceed *in forma pauperis* is **GRANTED.**  The marshal shall not serve the complaint pending

/

3

further order of the Court.

Dated: June 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DIZON\draft\IFP.wpd