UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINO S. DIZON,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DICK CHENEY,<br><br>  Defendant(s). | No. C 09-2370 BZ<br><br>**ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |

In view of my Recommendation to Dismiss dated June 25, 2009, the clerk shall **REASSIGN** this case immediately to a United States District Court Judge.

Dated: June 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DIZON\REASSIGNMENT ORDER.wpd

1