IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINO S. DIZON,<br><br>    Plaintiff,<br><br>  v.<br><br>DICK CHENEY,<br><br>    Defendant<br>_____/ | No. C 09-2370 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION TO DISMISS; DISMISSING ACTION; VACATING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    Before the Court is Magistrate Judge Bernard Zimmerman's Recommendation to Dismiss ("Recommendation"), filed June 25, 2009, by which Magistrate Judge Zimmerman recommends that plaintiff Christino S. Dizon's amended complaint be dismissed for failure to state a claim and for lack of standing. Also before the Court is plaintiff's letter dated June 26, 2009, filed by the Clerk of the Court on June 29, 2009, which letter appears to be plaintiff's objection to the Recommendation and/or a statement of additional facts he is prepared to allege in a Second Amended Complaint.

    Having read and considered the Recommendation and the above-referenced letter, and having reviewed, de novo, plaintiff's amended complaint, the Court, for the reasons stated in the Recommendation, finds plaintiff has failed to state a claim over which a federal district court would have jurisdiction and, alternatively, has failed to allege he has standing to assert his claims. Further, plaintiff has failed to show, by his June 26, 2009

1  letter or otherwise, that further amendment could cure the deficiencies identified in the
2  Recommendation.
3      Accordingly, the instant action is hereby DISMISSED, pursuant to 28 U.S.C.
4  § 1915(e)(2)(B), without further leave to amend.
5      In light of the dismissal of the instant action, the September 18, 2009 Case
6  Management Conference is hereby VACATED, and no party shall appear at that time.
7      Finally, plaintiff's Amended Application to Proceed in Forma Pauperis, filed June 16,
8  2009, is hereby DENIED as moot, for the reason plaintiff's initial Application to Proceed in
9  Forma Pauperis was granted by order filed June 5, 2009, and plaintiff does not need further
10 leave to proceed in forma pauperis in district court.
11     The Clerk shall close the file.
12     **IT IS SO ORDERED.**

14 Dated: July 29, 2009

MAXINE M. CHESNEY
United States District Judge

2