IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINO S. DIZON,

        Plaintiff,

  v.

DICK CHENEY,

        Defendant.
                                    /

No. CV-09-2370 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), without further leave to amend.

Dated: July 29, 2009                                          Richard W. Wieking, Clerk

                                                                               *Tracy Lucero*

                                                                               By: <u>Tracy Lucero</u>
                                                                                  <u>Deputy Clerk</u>