IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINO S. DIZON,<br><br>    Plaintiff,<br><br>  v.<br><br>DICK CHENEY,<br><br>    Defendant                        / | No. C 09-2370 MMC<br><br>**ORDER RE: PLAINTIFF'S FILING OF JULY 31, 2009** |

The Court is in receipt of plaintiff Christino S. Dizon's filing of July 31, 2009, which, in its entirety, reads: "I need attorney's thanks and interpreter."

The instant case has been dismissed, and no further proceedings will be conducted herein. Accordingly, to the extent the above-referenced filing seeks an order appointing plaintiff an attorney and/or an interpreter, plaintiff's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 7, 2009

MAXINE M. CHESNEY
United States District Judge